**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MALIK SHAKEAL ATKINS,

                    Plaintiff,                    20 **CIVIL** 3903 (JCM)

          -v-                    **JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security
                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 30, 2021, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, which will include the opportunity for a hearing on remand.

**Dated:** New York, New York
         April 30, 2021

                                                               **RUBY J. KRAJICK**
                                                               _____
                                                               **Clerk of Court**
                           **BY:**      K. Mango
                                                               _____
                                                               **Deputy Clerk**